IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ELIZABETH A. COCHRAN,          ) | |
|                                ) | 2:06-cv-2817-GEB-DAD |
|              Plaintiff,        ) | |
|                                ) | |
|     v.                         ) | ORDER |
|                                ) | |
| MERCK & COMPANY, INC., et al., ) | |
|                                ) | |
|              Defendants.       ) | |
|                                ) | |

     Since it appears likely that this action will be transferred to In re VIOXX Products Liability Litigation, Multidistrict Litigation Proceeding No. 1657 in the Eastern District of Louisiana ("MDL-1657"), in the interest of judicial economy, the pending motions are deemed withdrawn and all hearings on the motions vacated, with the understanding that the motions could be re-noticed for hearing in this Court if the action is not transferred to MDL-1657, or could be noticed in front of the judge assigned to MDL-1657 after the action is transferred.

     Upon entry of this Order, further proceedings in this action are stayed pending a decision on whether this action will be transferred to MDL-1657, except that Defendant Merck & Company, Inc.

("Defendant") shall file a status report no later than March 26, 2007, in which it explains the status of its effort to transfer this action to MDL-1657.

    IT IS SO ORDERED.

Dated: January 26, 2007

                                                GARLAND E. BURRELL, JR.
                                                United States District Judge